**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile:  (973) 301-8410
Attorneys for Defendant
CIT Bank, N.A.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, AND JUSTIN GRAY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CIT BANK, N.A., FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION,<br><br>                    Defendants. | Civil Action No. 1:18-cv-01520-RMB-AMD<br><br>Document Filed Electronically<br><br><br>**NOTICE OF MOTION<br>TO DISMISS**<br><br><br>**ORAL ARGUMENT REQUESTED** |

**TO:**   Roosevelt N. Nesmith
         LAW OFFICE OF ROOSEVELT N. NESMITH, LLC
         363 Bloomfield Avenue, Ste. 2C
         Montclair, New Jersey 07042

**PLEASE TAKE NOTICE** that on August 6, 2018, or at some other date as set by the

Court, Defendant CIT Bank, N.A. ("CIT") shall move before the Honorable Renee Marie Bumb,

United States District Court, Mitchell H. Cohen U.S. U.S. Courthouse, 1 John F. Gerry Plaza,

Camden, New Jersey 08101 for an order pursuant to Federal Rule of Civil Procedure 12(b)(b) granting HSBC's motion to dismiss Plaintiffs' Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, CIT will rely on the accompanying Memorandum of Law, Declaration of Gail Balettie with the attached exhibits, proposed form of Order, and all of the pleadings and papers on file in this matter.

GREENBERG TRAURIG, LLP

*s/ Louis Smith*
By:     LOUIS SMITH

Attorneys for Defendant
CIT BANK, N.A.

Dated:  May 25, 2018