Roosevelt N. Nesmith, Esq. (008271997)
**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Telephone: (973) 259-6990
Fax: (866) 848-1368
*roosevelt@nesmithlaw.com*
*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, JUSTIN GRAY, and JULIA WIECK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIT BANK, N.A., QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION,<br><br>Defendants. | CASE NO. 1:18-cv-01520<br><br>MOTION RETURN DATE:<br><br>DECEMBER 16, 2019 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CERTIFYING CLASS FOR SETTLEMENT PURPOSES, DIRECTING THE ISSUANCE
OF CLASS NOTICE, APPOINTMENT OF CLASS COUNSEL AND
<u>SCHEDULING FINAL APPROVAL HEARING</u>**

**TO ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that pursuant to Rule 23 of the Federal Rules of Civil

Procedure and L.R. Civ. P. 7.1(b), the undersigned attorneys for Plaintiffs Monica Gray, as

Executrix of the Estate of Earl Gray, Jr. and as Trustee of the Interest of Jasmine Gray-Oliver, ("Monica Gray"), Justin Gray (together, "the Gray Plaintiffs"), and Julia Wieck ("Wieck" and collectively with the Gray Plaintiffs, "Plaintiffs") will move unopposed before the Honorable Renee Marie Bumb, on December 16, 2019, or as soon thereafter as the motion may be heard, for an Order granting Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing Issuance of Class Notice, Appointing Class Counsel and Scheduling the Final Approval Hearing.

**PLEASE TAKE FURTHER NOTICE** that in support of this unopposed motion, Plaintiffs will rely on the supporting Memorandum of Law and Declarations submitted herewith.

Dated: November 12, 2019

                                              Respectfully submitted,

                                              By: s/ Roosevelt N. Nesmith
                                                   Roosevelt N. Nesmith

**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**
Roosevelt N. Nesmith, Esq.
roosevelt@nesmithlaw.com
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Tel: (973) 259-6990
Fax: (866) 848-1368

**GISKAN SOLOTAROFF & ANDERSON LLP**
Catherine E. Anderson
canderson@gslawny.com
90 Broad Street, 10th Floor
New York, NY 10004
Tel. (212) 847-8315 x12

*Counsel for Plaintiffs and the Putative Class*