Roosevelt N. Nesmith, Esq. (008271997)
**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Telephone: (973) 259-6990
Fax: (866) 848-1368
*roosevelt@nesmithlaw.com*
*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, JUSTIN GRAY, and JULIA WIECK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIT BANK, N.A., QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION,<br><br>Defendants. | CASE NO. 1:18-cv-01520 |

**DECLARATION OF ROOSEVELT N. NESMITH IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR SETTLEMENT PURPOSES, DIRECTING THE ISSUANCE OF CLASS NOTICE, APPOINTMENT OF CLASS <u>COUNSEL AND SCHEDULING FINAL APPROVAL HEARING</u>**

**ROOSEVELT N. NESMITH**, hereby declares as follows:

1. I am a principal with the Law Office of Roosevelt N. Nesmith, LLC, an attorney of record for Plaintiffs Monica Gray, as Executrix of the Estate of Earl Gray, Jr. and as Trustee of the Interest of Jasmine Gray-Oliver, ("Monica Gray"), Justin Gray (together, "the Gray

Plaintiffs"), and Julia Wieck ("Wieck" and collectively with the Gray Plaintiffs, "Plaintiffs"). I make this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, Appointment of Class Counsel and Scheduling Final Approval Hearing, in order to place certain documents before the Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Settlement Agreement with all Exhibits annexed thereto.

3. Attached hereto as Exhibit 2 is the Declaration of Catherine E. Anderson, Esq., dated November 11, 2019.

4. Attached hereto as Exhibit 3 is the Declaration of Roosevelt N. Nesmith, Esq., dated November 11, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I understand that if the foregoing statements are willfully false, I am subject to punishment.

Executed this 12th day of November, 2019.

By: s/Roosevelt N. Nesmith
Roosevelt N. Nesmith, Esq.