UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, JUSTIN GRAY, AND JULIA WIECK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIT BANK, N.A., QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION,<br><br>Defendants. | CASE NO. 1:18-cv-01520-RMB-AMD |

**CERTIFICATION OF SERVICE**

ROOSEVELT N. NESMITH, being of age, hereby certifies as follows:

1. I hereby certify that on today's date I caused the foregoing documents to be served on all counsel of record via the Court's CM/ECF system.

I understand that if the foregoing statements are intentionally false, I am subject to punishment.

DATED: November 12, 2019

Law Offices of Roosevelt N. Nesmith LLC

By: s/Roosevelt N. Nesmith
  ROOSEVELT N. NESMITH

363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Tel: (973) 259-6990