# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, JUSTIN GRAY, AND JULIA WIECK, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CIT BANK, N.A., QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION,<br><br>　　　　　　　Defendants. | CASE NO. 1:18-cv-01520-RMB-AMD |

## CERTIFICATION OF SERVICE

ROOSEVELT N. NESMITH, being of age, hereby certifies as follows:

1.　　I hereby certify that on today's date I caused the foregoing documents to be served on all counsel of record via the Court's CM/ECF system.

I understand that if the foregoing statements are intentionally false, I am subject to punishment.

DATED: April 15, 2020

　　　　　　　　　　　　　　　　　　　　Law Offices of Roosevelt N. Nesmith LLC

　　　　　　　　　　　　　　　　　　　　By: s/Roosevelt N. Nesmith
　　　　　　　　　　　　　　　　　　　　　　　ROOSEVELT N. NESMITH

　　　　　　　　　　　　　　　　　　　　363 Bloomfield Avenue, Suite 2C
　　　　　　　　　　　　　　　　　　　　Montclair, NJ 07042
　　　　　　　　　　　　　　　　　　　　Tel: (973) 259-6990