Roosevelt N. Nesmith, Esq. (008271997)
**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Telephone: (973) 259-6990
Fax: (866) 848-1368
*roosevelt@nesmithlaw.com*
*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA GRAY, AS EXECUTRIX OF THE ESTATE OF EARL GRAY, JR. AND AS TRUSTEE OF THE INTEREST OF JASMINE GRAY-OLIVER, JUSTIN GRAY, and JULIA WIECK, individually and all others similarly situated, | CASE NO. 1:18-cv-01520-RMB-AMD |
| Plaintiffs, | |
| v. | |
| CIT BANK, N.A., QBE INSURANCE CORPORATION, QBE FIRST INSURANCE AGENCY, INC., AND MIC GENERAL INSURANCE CORPORATION, | |
| Defendants. | |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
## <u>APPROVAL OF ATTORNEYS' FEES AND COSTS</u>

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 23 of the Federal Rules of Civil Procedure and L.R. Civ. P. 7.1(b), the undersigned attorneys for Plaintiffs Monica Gray, as Executrix of the Estate of Earl Gray, Jr. and as Trustee of the Interest of Jasmine Gray-Oliver, ("Monica Gray"), Justin Gray (together, "the Gray Plaintiffs"), and Julia Wieck ("Wieck" and collectively with the Gray Plaintiffs, "Plaintiffs") will move before the Honorable Renee Marie Bumb, on September 10, 2020, or as soon thereafter as the motion may be heard, for an Order granting the proposed Order approving Attorneys' Fees and Expenses .

**PLEASE TAKE FURTHER NOTICE** that in support of this unopposed motion, Plaintiffs will rely on the supporting Memorandum of Law and the Declarations of attorneys Catherine E. Anderson, Roosevelt N. Nesmith and James J. Bickerton, and the Declaration of Samantha Ries for Rust Consulting, Inc., and all other records, pleadings and papers on file in this action.  Pursuant to the terms of the Settlement Agreement, Defendants CIT Bank, N.A., QBE Insurance Corporation, QBE FIRST Insurance Agency, Inc., and MIC General Insurance Corporation do not oppose this motion.

A proposed Order for Final Approval of the Settlement and Final Approval of Attorneys' Fees and Costs will be submitted for the Court's consideration with

Plaintiffs' Motion for Final Approval of the Settlement not less than twenty-one (21) days prior to the Final Approval Hearing on September 10, 2020.

Dated: July 27, 2020

<div style="margin-left:40%">

Respectfully submitted,

s/Roosevelt N. Nesmith
Roosevelt N. Nesmith, Esq.

**LAW OFFICE OF
ROOSEVELT N. NESMITH, LLC**
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Tel: (973) 259-6990
Fax: (866) 848-1368
Email: roosevelt@nesmithlaw.com

Catherine E. Anderson, Esq.
**GISKAN SOLOTAROFF &
ANDERSON LLP**
90 Broad Street, 10th Floor
New York, NY 10004
Tel: (212) 847-8315
Fax: (646) 964-9600
Email: canderson@gslawny.com

James J. Bickerton, Esq.*
Bridget Morgan Bickerton, Esq.*
Bickerton Law Group LLLP
745 Fort Street, #801
Honolulu, Hawaii 96813
Tel: (808) 599-3811
Fax: (808) 694-3090
Email: bickerton@bsds.com
        morgan@bsds.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

</div>

3

4