# Law Office of Roosevelt N. Nesmith, LLC

363 Bloomfield Avenue, Ste. 2C
Montclair, New Jersey 07042
roosevelt@nesmithlaw.com
(T)(973) 259-6990    (F)(866) 848-1368

Roosevelt N. Nesmith, Esq.
*Admitted in NJ & NY*

August 11, 2020

**Via ECF**
Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    Monica Gray, as executrix of the Estate of Earl Gray, Jr., et al.
            v. CIT Bank, N.A., et al.
            **Docket No. 1:18-cv-01520-RMB-AMD**

Dear Judge Bumb,

    This office represents plaintiffs Monica Gray, as Executrix of the Estate of Earl Gray, Jr. and Trustee of the Interest of Jasmine Gray-Oliver, Justin Gray and Julia Wieck (collectively "Plaintiffs") and has been preliminarily approved as Class Counsel.  I write to confirm with the Court the date by which Plaintiffs must file their unopposed Motion for Final Approval.  Plaintiffs request to file their motion on August 31, 2020, so as to  provide the Court with information called for in the Court's Order granting Preliminary Approval of the Class Settlement and Scheduling Final Approval Hearing, dated April 21, 2020 ("Preliminary Approval Order").[1]  [ECF 108].

    On April 21, 2020, the Court entered the Preliminary Approval Order which set the Final Approval Hearing for September 10, 2020.  As set forth in the Order, and the Settlement Agreement as incorporated therein, requests for exclusion and objections are to be postmarked by August 11, 2020, the exclusion requests are to be exchanged among the Parties within seven business days thereafter, and all requests for exclusion and objections are to be filed with the Court on or before the date of the Final Hearing.  The deadline for the filing of the Claims

---

[1] The District of New Jersey motion calendar would require Plaintiffs to file their Motion for Final Approval by August 14, 2020, for the return date nearest to the hearing date, September 8, 2020.

Hon. Renee Marie Bumb, U.S.D.J.
August 11, 2020
Page 2

Administrator's proof of mailing Notice and establishment of the settlement website is August 31, 2020 ("Proof of Mailing"), ten days prior to the Final Approval Hearing.

Given the foregoing, Plaintiffs request permission to file their unopposed Motion for Final Approval on August 31, 2020, to permit it to address what are likely to be all potential requests for exclusions and objections, and concurrent with the Proof of Mailing.  Defendants do not object to this request.

Thank you for your time and consideration of this matter.

Respectfully submitted,

s/Roosevelt N. Nesmith
Roosevelt N. Nesmith

cc:  All Counsel of Record *(via CM/ECF)*

**SO ORDERED this 12th day of August, 2020.**

_____
**Renee Marie Bumb, U.S.D.J.**